ZACHARY D. FASMAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARUL JAIN,<br><br>        Plaintiff,<br><br>v.<br><br>SECURITIES INDUSTRY AND<br>FINANCIAL MARKETS ASSOCIATION,<br>IRA D. HAMMERMAN and<br>STEVEN DAVIDSON,<br><br>        Defendants. | 08 CV 6463 (DAB) (DFE)<br><br>**NOTICE OF APPEARANCE OF<br>ZACHARY D. FASMAN** |

TO THE CLERK:

    PLEASE ENTER my appearance as counsel of record for Defendants, SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION and IRA D. HAMMERMAN in the above-captioned matter.

Dated: New York, New York
       August 1, 2008

PAUL, HASTINGS, JANOFSKY &
WALKER LLP

By: Zachary D. Fasman

75 East 55th Street
New York, New York 10022

*Attorneys for Defendants*

PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARUL JAIN,<br><br>            Plaintiff,<br><br>v.<br><br>SECURITIES INDUSTRY AND<br>FINANCIAL MARKETS ASSOCIATION,<br>IRA D. HAMMERMAN and<br>STEVEN DAVIDSON,<br><br>            Defendants. | 08 CV 6463 (DFB) (DFE)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Appearance of Zachary D. Fasman has been served upon the following counsel for parties in interest herein by mailing same to the offices of said counsel by United States Postal Service First Class Mail with sufficient postage thereon to carry the same to its destination.

>Alan L. Sklover
>Steven P. Talan
>Sklover & Donath LLC
>10 Rockefeller Plaza, Suite 816
>New York, NY 10020

This 1st day of August, 2008.

_____
Ronni N. Druitt