UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PARUL JAIN,                                  08 CV 6463 (DAB)(DFE)

                     Plaintiff,

- against -

SECURITIES INDUSTRY AND
FINANCIAL MARKETS ASSOCIATION,
IRA D. HAMMERMAN and
STEVEN DAVIDSON,

                     Defendants.
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                      ss:
COUNTY OF NEW YORK   )

       STEVEN R. TALAN, ESQ., being sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Garden City Park, New York 11040.

       I am an attorney duly admitted to practice before the courts of the State of New York and the Commonwealth of Massachusetts and the United States District Court for the Southern District of New York.

       On July 31, 2008, I served the within SUMMONS, COMPLAINT and FIRST AMENDED COMPLAINT, upon Defendants SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION and IRA D. HAMMERMAN together with copies of the Civil Cover Sheet, Individual Rules of Judge Batts and Magistrate Judge Eaton by transmitting true copies thereof via electronic mail in accordance with a stipulation agreed upon with counsel for the Defendants, Neal Mollen, Esq. of Paul Hastings, and so ordered by Judge Batts on August 12, 2008.

       The Electronic Mail was sent to 'nealmollen@paulhastings.com', the email address of counsel and an acknowledgement confirming receipt was received back from Defendants' counsel. A true copy of that Stipulation and Order as endorsed by Judge Batts on August 12,

2008 is annexed hereto and made a part hereof.

Dated: New York, New York
August 14, 2008

Sworn to before me on

AUGUST 14, 2008.

_____
Notary Public

_____
STEVEN R. TALAN, ESQ.

ALAN L. SKLOVER
Notary Public, State of New York
No. 02SK4782149
Qualified in New York County
Commission Expires February 28, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 12, 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PARUL JAIN,                                             08 CV 6463 (DAB)(DFE)

                Plaintiff,                    **STIPULATION AND ORDER**

   - against -

SECURITIES INDUSTRY AND
FINANCIAL MARKETS ASSOCIATION,
IRA D. HAMMERMAN and
STEVEN DAVIDSON,

                Defendants.
------------------------------------------------------X

    WHEREAS Plaintiff PARUL JAIN, has consented to the request of Defendants, SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION ("SIFMA") and IRA D. HAMMERMAN to an extension of time to answer, move or otherwise respond with respect to Plaintiff's Complaint, and;

    WHEREAS Defendants SIFMA and IRA D. HAMMERMAN have consented that Neal D. Mollen, Esq., of PAUL HASTINGS JANOFSKY & WALKER, LLP accepts service of the Summons, Complaint, and First Amended Complaint via Electronic Mail to nealmollen@paulhastings.com on July 31, 2008;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

    (a) Service of process of the Summons, Complaint and First Amended Complaint together with a copy of the ECF Rules of the United States District Court for the Southern District of New York and the Individual Rules of the Honorable Deborah A. Batts, USDJ, Southern District of New York, and the Honorable Douglas F. Eaton, USMJ, Southern District of New York, is hereby accepted by Defendants SIFMA and IRA D. HAMMERMAN via email; and

(b) that the time within which Defendants SIFMA and IRA D. HAMMERMAN will answer, move or to otherwise respond with respect to Plaintiff's First Amended Complaint is extended to and including October 1, 2008.

Dated: New York, New York
August 1, 2008

SKLOVER, & DONATH, LLC

By: _____
Alan L. Sklover (AS 3737)
Steven R. Talan (ST5353)
10 Rockefeller Plaza, Suite 816
New York, New York 10020
(212) 757-5000

Attorneys for Plaintiff
Parul Jain

PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: _____
Zachary D. Fasman

75 East 55th Street, First Floor
New York, NY 10022
(212) 318-6000

Attorneys for Defendants
SIFMA and Ira D. Hammerman

SO ORDERED:

_____  08/12/08
HON. DEBORAH A. BATTS, U.S.D.J.